# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

GAYE LYNN DILEK BREWER,

    Plaintiff,

v.                                    CASE No. 3:17cv160-MCR-GRJ

FEDERAL BUREAU OF
INVESTIGATIONS, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 5, 2017, ECF No. 8, recommending that the case be dismissed. Plaintiff has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of June, 2017.

  *s/ M. Casey Rodgers*
 **M. CASEY RODGERS**
 **CHIEF UNITED STATES DISTRICT JUDGE**